IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| JENNIE L. OROSCO, | : | Case No. 4:09-cv-163 |
| Plaintiff, | : | |
| vs. | : | |
| NCO FINANCIAL SYSTEMS, INC., | : | |
| Defendant. | : | |

NOTICE OF SETTLEMENT

Jennie Orosco, by her attorney Ray Johnson, states as follows:

Plaintiff has accepted Defendant's offer of Judgment. The offer included attorneys fees. The issue of attorney's fees has now been resolved. Plaintiff requests 30 days to finish up the case and file a stipulated dismissal.

Respectfully submitted,

RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Road
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com